1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER EDWARD BRAVOT, SR.,        No.  2:21-cv-0682 KJN

12            Plaintiff,

13        v.

14                                          ORDER

15  INTERNAL REVENUE SERVICE,

16            Defendant.

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

19  U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint, plaintiff

20  alleges violations of his rights by defendant.  The alleged violations took place in Fresno County,

21  which is part of the Fresno Division of the United States District Court for the Eastern District of

22  California.  See Local Rule 120(d).

23        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24  division of a court may, on the court's own motion, be transferred to the proper division of the

25  court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of

26  1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

27  forma pauperis.

28  ////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern District of

4    California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and shall be

6    filed at:

7                United States District Court
                Eastern District of California
                2500 Tulare Street
8                Fresno, CA 93721

9    Dated:  April 23, 2021

10

11                                           _____
                                             KENDALL J. NEWMAN
12   /kly/cw/brav0682.22                     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2